```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAR 0 2 2017

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:94-CR-119-LDG |
| vs. ) | |
| KEMEO WRIGHT ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#222) on May 16, 1995. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HARRAHS HOTEL AND CASINO
Amount of Restitution: $97,040.00

**Total Amount of Restitution ordered:** $97,040.00\*\*
\*\*Joint and Several with co-defendants

Dated this 2nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE